**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-23253-UU

STARR INDEMNITY & LIABILITY
COMPANY,

    Plaintiff,

v.

LA MIA FOODS CORP., *et al.*,

    Defendants.

_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. As of September 18, 2017, Plaintiff has not provided an update to the Court regarding its efforts to serve Defendants. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff SHALL show cause in writing, not to exceed three pages, on or before **Monday, September 25, 2017**, as to its efforts in effecting service on Defendants. Alternatively, Plaintiff may file proof of service on Defendants by such date. **Failure to respond to this Order will result in dismissal of this action without further notice.**

DONE AND ORDERED in Chambers at Miami, Florida, this _18th_ day of September, 2017.

                                                */s/ Ursula Ungaro*
                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

copies provided: counsel of record