# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN District of Florida

Case Number: 17-CV-23253-UNGARO/O'SULLIVAN

Plaintiff:
**STARR INDEMNITY & LIABILITY COMPANY**

vs.

Defendant:
**LA MIA FOODS CORPORATION, ENRIQUE GANZALEZ a/k/a ENRIQUE SHELTON**

For:
Josh Levy, Esq.
Marlow, Adler, Abrams, Newman & Lewis
4000 Ponce De Leon Blvd., Suite 570
Coral Gables, FL 33146

Received by Global Process Services Corp on the 1st day of September, 2017 at 11:47 am to be served on **LA MIA FOODS CORPORATION c/o MDO CORPORATE SERVICES, LLC, 175 SW 7TH STREET, SUITE 1900, MIAMI, FL 33130**.

I, German Garcia, do hereby affirm that on the **18th day of September, 2017** at **11:20 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint for Declaratory Judgment** with the date and hour of service endorsed thereon by me, to: **LULU RIOS** as **OFFICE MANAGER** for **LA MIA FOODS CORPORATION c/o MDO CORPORATE SERVICES, LLC**, at the address of: **175 SW 7TH STREET, SUITE 1900, MIAMI, FL 33130**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of eighteen, and that I have no interest in the above action. Per F.S.92.525(2) Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true.

**German Garcia**
CPS# 1658

**Global Process Services Corp**
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: GER-2017001225
Ref: S182-23977

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1e